ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.**,
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

          Plaintiff,

-against-

JORGE MEJIA, Individually, and as officer, director, shareholder and/or principal of CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO, and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO;

          Defendants.

---

Civil Action No.

**05 CV 10705 RCL**

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.,** and said corporation's securities are not publicly traded.

Dated: April 4, 2005
      Ellenville, New York

**GARDEN CITY BOXING CLUB, INC.**

By: _____
WAYNE D. LONSTEIN, ESQ..
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:  (845) 647-6277
*Our File No.  03-5MA-03G*