AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
Plaintiff
v.

JORGE MEJIA, Individually, and as officer, director, shareholder and/or principal of CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO, and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO;
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 CV 10705 RCL

TO: (Name and address of defendant)

JORGE MEJIA, Individually, and as officers, directors, shareholders and/or principals of CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO
81 Common Street
Lawrence, MA  01840-1604

Our File No. 03-5MA-03G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE  APR - 8 2005

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 05-CV-10705-RCL

Plaintiff:
GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the May 3, 2003, DeLaHoya/Campas, Program

vs.

Defendant:
JORGE MEJIA, Individually ans as officer, director, shareholder and or principal of CLUB CULTURAL LATINO AMERICANO, INC., d/b/a/ CLUB CULTURAL LATINO AMERICANO AND CLUB CULTURAL LATINO AMERICANO, d/b/a CLUB CULTURAL LATINO AMERICANO

For:
Julie Cohen Lonstein, Esq.
LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, NY 12428

Received by LEGAL PROCESS, INC. on the 2nd day of August, 2005 at 8:48 am to be served on **JORGE MEJIA, 2418 BERSKSHIRE CT., KISSIMMEE, FL 34746.**

I, Nicole Jost, being duly sworn, depose and say that on the **2nd day of August, 2005 at 12:50 pm, I:**

**Individually Served** the within named person with a true copy of the **SUMMONS and COMPLAINT** with the date and hour endorsed thereon by me, pursuant to state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Nicole Jost
00267

Subscribed and Sworn to before me on the 4th day of August, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

MEREDITH HARMON
MY COMMISSION # DD 271859
EXPIRES: December 3, 2007

LEGAL PROCESS, INC.
7040 West Palmetto Park Road
# 4-718
Boca Raton, FL 33433
(561) 832-2625
Our Job Serial Number: 2005006836
Ref: 5324

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j