AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
    Plaintiff
**v.**

JORGE MEJIA, Individually, and as officer, director, shareholder and/or principal of CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO, and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO;
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 10705 RCL**

TO: (Name and address of defendant)

**CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**
81 Common Street
Lawrence, MA 01840-1604

Our File No. 03-5MA-03G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

APR 8 2005
DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 05-CV-10705-RCL

Plaintiff:
GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the May 3, 2003, DeLaHoya/Campas, Program

vs.

Defendant:
JORGE MEJIA, Individually ans as officer, director, shareholder and or principal of CLUB CULTURAL LATINO AMERICANO, INC., d/b/a/ CLUB CULTURAL LATINO AMERICANO AND CLUB CULTURAL LATINO AMERICANO, d/b/a CLUB CULTURAL LATINO AMERICANO

For:
Julie Cohen Lonstein, Esq.
LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, NY 12428

Received by LEGAL PROCESS, INC. on the 2nd day of August, 2005 at 8:48 am to be served on **CLUB CULTURAL LATION AMERICANO, INC.**, c/o JORGE MEJIA, 2418 BERSKSHIRE CT., KISSIMMEE, FL 34746.

I, Nicole Jost, being duly sworn, depose and say that on the **2nd day of August, 2005 at 12:50 pm, I:**

SERVED the within named **CORPORATION** by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me to Jorge Mejia as Officer of the within named corporation, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Subscribed and Sworn to before me on the 3rd day of August, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Nicole Jost
00267

LEGAL PROCESS, INC.
7040 West Palmetto Park Road
# 4-718
Boca Raton, FL 33433
(561) 832-2625
Our Job Serial Number: 2005006835
Ref: 5325

MEREDITH HARMON
MY COMMISSION # DD 271859
EXPIRES: December 3, 2007
1-800-3-NOTARY   FL Notary Discount Assoc Co

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j