UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                Plaintiff,

  -against-

JORGE MEJIA, Individually, and as officer,
director, shareholder and/or principal of CLUB
CULTURAL LATINO AMERICANO, INC.
d/b/a CLUB CULTURAL LATINO
AMERICANO, and CLUB CULTURAL
LATINO AMERICANO, INC. d/b/a CLUB
CULTURAL LATINO AMERICANO;

              Defendants.

----------------------------------------------------------------

**REQUEST FOR DEFAULT**

Civil Action No. 05-CV-10705-RCL


TO:    TONY ANASTAS, CLERK

        UNITED STATES DISTRICT COURT

        DISTRICT OF MASSACHUSETTS


Please enter default of the Defendant, JORGE MEJIA, Individually, and as officer, director, shareholder and/or principal of **CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO, and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein, and from the attached Affidavit of Wayne D. Lonstein, Esq.

Dated:  September 6, 2005
      Ellenville, New York                  LONSTEIN LAW OFFICE, P.C.

                                       By: /s/ Wayne D. Lonstein
                                              Wayne D. Lonstein, Esq.
                                              Bar Roll No. 629060
                                              Attorney for Plaintiff
                                              1 Terrace Hill, P.O. Box 351
                                              Ellenville, NY   12428
                                              Telephone: 845-647-8500
                                              Facsimile:  845-647-6277
                                              *Our File No.  03-5MA-03G*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                              **AFFIDAVIT IN SUPPORT OF**
                              **REQUEST FOR DEFAULT**

               Plaintiff,                     Civil Action No. 05-CV-10705-RCL

    -against-

JORGE MEJIA, Individually, and as officer,
director, shareholder and/or principal of CLUB
CULTURAL LATINO AMERICANO, INC.
d/b/a CLUB CULTURAL LATINO
AMERICANO, and CLUB CULTURAL
LATINO AMERICANO, INC. d/b/a CLUB
CULTURAL LATINO AMERICANO;

               Defendants.
-----------------------------------------------------------

STATE OF NEW YORK :

                    : SS.:

COUNTY OF ULSTER  :

      WAYNE D. LONSTEIN, being duly sworn, deposes and says:

      1.      That I am the attorney for Plaintiff, Kingvision Pay Per View, Ltd., in the above

referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts,

circumstances and proceedings heretofore had herein.

      2.      This action was commenced pursuant to 47 U.S.C. §605 *et seq.*  Copies of the

Summons and Complaint were served on Defendants, **JORGE MEJIA, Individually, and as officer, director, shareholder and/or principal of CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO, and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**, as set forth in the proofs of service by Nicole Jost, which were filed with the Court on August 29, 2005, as ECF documents nos 4 and 5.

3.     The time within which the Defendants may answer or otherwise move with respect to the Complaint herein has expired.  Defendants

**JORGE MEJIA, Individually,**

**and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**

have not answered or otherwise moved with respect to the Complaint, and the time for the Defendants to do so has not been extended.

4.     Said Defendants are not infants or incompetents.  Upon information and belief, the Defendants are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff, Kingvision Pay Per View, Ltd., requests that the default of the Defendants

**JORGE MEJIA,**

**and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**

be noted and that judgment be entered in favor of Plaintiff and against Defendants in the manner stated herein.

Dated: September 6, 2005

Ellenville, NY 12428

/s/ Wayne D. Lonstein
Wayne D. Lonstein
Bar Roll No. 629060

Sworn to before me this 6th
day of September, 2005

/s/ Martha E. Dymond
**Martha E. Dymond**
**Notary Public State of New York**
**Registration No. 4874397**
**Residing in Ulster County**
**Commission expires November 17, 2002**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of September, 2005, your deponent served the following documents by regular mail:

Request for Entry of Default, Affidavit in Support of Request for Entry of Default, Notice of Entry of Default

on the following:

Jorge Mejia
46 Shattuck Street
Lawrence, MA 01841

Club Cultural Latino-Americano
81 Common Street
Lawrence, MA 01840

/s/ Wayne D. Lonstein
Wayne D. Lonstein

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

Plaintiff,

-against-

JORGE MEJIA, Individually, and as officer,
director, shareholder and/or principal of CLUB
CULTURAL LATINO AMERICANO, INC.
d/b/a CLUB CULTURAL LATINO
AMERICANO, and CLUB CULTURAL
LATINO AMERICANO, INC. d/b/a CLUB
CULTURAL LATINO AMERICANO;

Defendants.

-----------------------------------------------------------

**N O T I C E   O F   E N T R Y   O F
DEFAULT**

Civil Action No. 05-CV-10705-RCL

I, TONY ANASTAS, Clerk of the United States District Court for the District of Massachusetts, Boston Division, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, **JORGE MEJIA,** Individually, and **CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**, were served with a copy of the Summons and Complaint on August 2, 2005.

I further certify that the docket entries indicate that

**JORGE MEJIA, Individually,**

**and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**

has never submitted an Answer or otherwise pled in their defense of this action and their default is hereby noted.

Dated: Boston, Massachusetts
    September ___, 2005           TONY ANASTAS, Clerk

By:_____
         Deputy Clerk