UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GARDEN CITY BOXING CLUB**

**V.**  CIVIL ACTION NO. 05-10705-RCL

**JORGE MEJIA**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **Garden City Boxing Club, Inc.**, for order of Default for failure of the defendants, **Jorge Mejia and Club Cultural Latino Americano, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 12th day of September, 2005.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
September 12, 2005   Deputy Clerk