UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                                    Plaintiff,

                                    **ATTORNEY'S AFFIDAVIT OF COSTS**
                                    **AND FEES**
-against-                                Civil Action No. 05-CV-10705-RCL-MBB
                                    Honorable Reginald C. Lindsay

JORGE MEJIA, *et al.*,

                                    Defendants.

---

STATE OF NEW YORK :
                        : SS.:
COUNTY OF ULSTER  :

      WAYNE D. LONSTEIN, being duly sworn, deposes and says:

      1.      That I am the attorney for Plaintiff, Garden City Boxing Club, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2.      I make this affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

      3.      Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are as outlined below:

            a.      Filing Fees -  **$250.00**

            b.      Service of Process - **$200.00**
                    Attached hereto as Exhibit "A," please find invoice from Mountain
                    Support Services, Inc., reflecting the cost of service upon the Defendants.

            c.      Investigative Fees-**$350.00**
                    See Plaintiff's Affidavit

      d.    Attorneys Fees - $ 1350.00
           See below

      Total Litigation Expenses ............................($2,150.00)

4. Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Description | Hours | Type |
|---|---|---|---|
| 05/03/04 | Factual research | .5 | Atty |
| 05/04/04 | Claim letter | .50 | Para |
| 04/06/05 | Complaint Drafted | 1.0 | Atty |
| 04/13/05 | Arranged Service | .50 | Para |
| 07/26/05 | Review Proof of Service | .25 | Atty |
| 08/04/05 | Telephone call from Defendant | .25 | Atty |
| 08/05/05 | Review Proof of Service | .25 | Atty |
| 08/26/05 | Review of letter from Defendant | .25 | Atty |
| 08/29/05 | Review Proof of Service | .25 | Atty |
| 08/29/05 | File Proof of service | .50 | Para |
| 09/05/05 | Prepared Request for Default | 1.0 | Atty |
| 09/06/05 | Filed and mailed RFD | .50 | Para |
| 09/15/05 | Review Clerk's Certificate | .25 | Atty |
| 10/14/05 | Prepared Motion for Default | 2.0 | Atty |

|  | Hours |  | Fee |
|---|---|---|---|
|  | 6.0 | Atty | $1,200.00 |
|  | 2.0 | Para | $150.00 |
| **TOTAL** |  |  | $1,350.00 |

15. The rate card for commercial establishments to legitimately purchase this event is attached as Exhibit "B."

16. We respectfully request that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant a permanent injunction and judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, JORGE MEJIA, Individually, and as officer, director, shareholder and/or principal of CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**

1) under 605(e)(3)(C)(i)(II) in the sum of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND SEVENTY-FIVE DOLLARS ($1,075.00)

and further

**Against. CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**

1) under 605(e)(3)(C)(i)(II) in the sum of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND SEVENTY-FIVE DOLLARS ($1,075.00)

Dated: November 16, 2005
      Ellenville, NY 12428

By: /s/ Wayne D. Lonstein
    Wayne D. Lonstein, Esq.
    Bar Roll No. 629060
    Attorney for Plaintiff
    1 Terrace Hill, P.O. Box 351
    Ellenville, NY  12428
    Telephone: 845-647-8500 Sworn to
    Facsimile:  845-647-6277
    *Our File No.  03-5MA-03G*

before me this
day 16th day of November, 2005.

/s/ April Draganchuk
**April Draganchuk**
**Notary Public State of New York**
**Registration No. 4945872**
**Residing in Ulster County**
**My Commission Expires Jan. 27, 2007**

**CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO**

1)     under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2)     and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3)     and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND SEVENTY-FIVE DOLLARS ($1,075.00))

Dated: September 22, 2005
       Ellenville, NY 12428

By: /s/ Wayne D. Lonstein
    Wayne D. Lonstein, Esq.
    Bar Roll No. 629060
    Attorney for Plaintiff
    1 Terrace Hill, P.O. Box 351
    Ellenville, NY  12428
    Telephone: 845-647-8500
    Facsimile:  845-647-6277
    *Our File No.  03-5MA-03G*

Exhibit A



# Invoice

Mountain Support Services

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|---|---|
| 8/29/2005 | 122 |

**Bill To**

Lonstein Law Office, PC
Wayne D Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>GCB v. JORGE MEJIA<br>YOUR FILE #03-5MA-03G<br>CV#05-10705 | 100.00 |
| CORPORATE SERVICE<br>GCB v. CLUB CULTURAL LATINO<br>YOUR FILE #03-5MA-03G<br>CV#05-10705 | 100.00 |
| **Total** | $200.00 |

Exhibit B



# Closed Circuit Rate Card
*"NIGHT OF CHAMPIONS!"*
DE LA HOYA VS. CAMPAS

MORALES VS. VELARDEZ

MAY 3, 2003

| SEATING | RATE |
|---|---|
| 1 – 50 | 1300.00 |
| 51 – 100 | 1800.00 |
| 101 – 200 | 2500.00 |
| 201 – 300 | 3500.00 |
| 301 – 400 | 4500.00 |
| 401 – 500 | 6000.00 |

This Rate Card is to be use by all distributors in the U. S territory for Commercial Establishments.

Any establishments with higher capacity or changes in capacity to be approve by Garden City Boxing Club Inc **Sales Manager Art Gallegos or President Joe Gagliardi**

"Casinos Rate Card is $25 per patron"

WE ACCEPT:
VISA, MASTERCARD, DISCOVER AND AMERICAN EXPRESS

**TOLL FREE NUMBER: 1-888-258-7116**

Art Gallegos
National Sales Manager