UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                Plaintiff,

-against-

JORGE MEJIA, *et al.,*

                Defendants.

---

**CERTIFICATE OF CONSULTATION**
Civil Action No. 05-CV-10705-RCL-MBB
Honorable Reginald C. Lindsay

The undersigned certifies that on the 22nd **day of November**, 2005, the Plaintiff conferred with the Defendant by telephone concerning the Motion for Default Judgment filed as ECF document nos. 9-12 on November 21, 2005. The parties attempted in good faith to resolve or narrow the issues.

                /s/Wayne D. Lonstein
                Wayne D. Lonstein
                Bar Roll No. 629060
                Attorney for Plaintiff
                1 Terrace Hill, P.O. Box 351
                Ellenville, NY   12428
                Telephone: 845-647-8500 Sworn to
                Facsimile:   845-647-6277
                *Our File No.  03-5MA-03*