UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                Plaintiff,

  -against-

JORGE MEJIA, *et al.,*

                Defendants.

---

**CERTIFICATE OF SERVICE**
Civil Action No. 05-CV-10705-RCL-MBB
Honorable Reginald C. Lindsay

The undersigned certifies that on the 23rd **day of November**, 2005, your deponent served the following documents by regular mail:

Certificate of Conference

on the following:

    Jorge Mejia
    46 Shattuck Street
    Lawrence, MA 01841

    Jorge mejia
    2418 Berkshire Ct
    Kissimmee, FL 34746

    Club Cultural Latino-Americano
    81 Common Street
    Lawrence, MA 01840

                                      /s/Wayne D. Lonstein
                                      Wayne D. Lonstein