UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION



---------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                 Plaintiff,

   -against-

JORGE MEJIA, *et al.*,

                 Defendant.

**DEFAULT JUDGMENT**
Civil Action No. 05-CV-10705-RCL-MBB
Honorable Reginald C. Lindsay

---------------------------------------------------------------

The Summons and Complaint in this action having been duly served upon the Defendants, **JORGE MEJIA**, Individually, and as officer, director, shareholder and/or principal of **CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO, and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO,** on **August 2, 2005,** and said Defendants having failed to plead or otherwise appear in this action,

NOW, on motion of WAYNE D. LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants, employees, agents, persons acting in concert with him or acting on his behalf are hereby permanently enjoined and restrained from engaging in the unauthorized reception and interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding and abetting any such acts, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without

Plaintiff's authorization, and are hereby permanently enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making available all or part of Plaintiff's programming or services without Plaintiff's express authorization, it is further,

    **ORDERED AND ADJUDGED** that Garden City Boxing Club, Inc., the Plaintiff, does recover jointly and severally of **JORGE MEJIA, Individually**

1) statutory damages in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2) and enhanced damages in the sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and costs and Attorney fees of ONE THOUSAND SEVENTY-FIVE DOLLARS ($1,075.00)

**CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO, and CLUB CULTURAL LATINO AMERICANO, INC. d/b/a CLUB CULTURAL LATINO AMERICANO,**

1) statutory damages in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2) and enhanced damages in the sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3) and costs and Attorney fees of ONE THOUSAND SEVENTY-FIVE DOLLARS ($1,075.00)

    **ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: Jan 6, 2006

HONORABLE REGINALD C. LINDSAY
United States District Judge